John Paul TURNER, Plaintiff–Appellant,

v.

Honorable WOOD; Esquire Robey; Jackson L. Kiser, Honorable, U.S. District Judge; Samuel G. Wilson, Honorable, Chief U.S. District Judge, Defendants–Appellees.

No. 01–1213.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

John Paul Turner, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

John Paul Turner appeals the district court's order finding that he had not complied with a prefiling injunction and denying his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *Turner v. Wood,* No. MISC–01–2–7 (W.D.Va. Feb. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court an argument would not aid the decisional process.

*DISMISSED.*